# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 07-00264-CJC(MLGx) | Date | May 10, 2008 |
|---|---|---|---|
| Title | Noel T. Winter, et al v. WMC Mortgage Corporation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On August 13, 2007, plaintiff filed Report Per Order as to FRCP 26(f) and Local Rule 26-1 requesting 60 days to complete settlement negotiations.  To date no further action has been taken by plaintiff.  The Court, on its own motion, hereby ORDERS plaintiff, to show cause in writing no later than <u>May 23, 2008,</u> why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

<u>XX</u>   Notice of Voluntary Dismissal (FRCivP 41)
<u>XX</u>   Status Report regarding Settlement

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|   |   | : | 0 |
|---|---|---|---|
|   | Initials of Preparer | MU | |